## MALLET v. MALLET.

A witness being interrogated under the witnesses' oath and purgeth himself, the party may not resort to other proof.

ACTION of ejectment. Issue to the jury. A witness was produced and sworn and under the witnesses' oath he was ex-amined touching his interest and purged himself; the party then moved to introduce witnesses to prove his interest; but by the court — this may not be done.

The party has his election, either to prove the interest by common-law evidence, or to appeal to the witness to declare, under the *voire dire* or witnesses' oath, whether he is in-terested or not; but after he has appealed to the witness and examined him, he may not resort to common-law evidence to criminate him.